# MINUTES OF THE UNITED STATES DISTRICT COURT

USA v.  DANIEL ADAMS, II     [1]    08MJ1351

[]     []

The Honorable:  NITA L. STORMES

Atty  EZEKIEL CORTEZ      for  [1]  -  CJA
Atty  _____  for  []   -
Atty  _____  for  []   -

NLS08-1: 957-1002

AUSA - Tara McGraff

Governments Oral Motion to Unseal Complaint - Granted.

Detention hearing not held. Defendant stipulates to detention without prejudice.

Court orders that the defendant be detained without prejudice. Court directs the Government to prepare order.

Defendant admits to identity and waives removal hearing.

Court orders that the defendant be removed to the District of New Jersey - Forthwith.

Court directs the Government to prepare and submit the warrant of removal.

Status Hearing set for 05/15/08 @ 9:30 a.m. before Magistrate Judge Stormes.

ID/Removal Hearing date previously set - Vacated.

Date: 05/07/08

END OF FORM

by  YMM