1  KAREN P. HEWITT
   United States Attorney
2  TARA K. McGRATH
   Assistant United States Attorney
3  California State Bar No. 254209
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  (619) 557-6920 (Phone)        (619) 235-5111 (Fax)
   E-mail: Tara.McGrath@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                          UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )    Criminal Case No. 08-MJ-1351
                                    )
11              Plaintiff,          )
                                    )    NOTICE OF APPEARANCE
12        v.                        )
                                    )
13 DANIEL ADAMS II,                 )
                                    )
14              Defendant.          )
                                    )
15

16 TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17       I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned

18 case. I certify that I am admitted to practice in this court or authorized to practice under CivLR

19 83.3.c.3-4.

20       Effective this date, the following attorneys are no longer associated with this case and

21 should not receive any further Notices of Electronic Filings relating to activity in this case:

22       U S Attorney CR.

23   Please feel free to call me if you have any questions about this notice.

24   DATED: May 9, 2008.

25                                            KAREN P. HEWITT
                                              United States Attorney
26

27                                            s/ Tara K. McGrath
                                              Tara K. McGrath
28                                            Assistant United States Attorney

                                                                              08-MJ-1351