FILED

MAY 0 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Daniel Adams II,<br><br>Defendant. | Criminal Case No. :08-MJ-1351-NLS<br><br>**DETENTION ORDER** |

In accordance with § 3142(f) of the Bail Reform Act of 1984 (18 U.S.C. § 3141 et seq.), a detention hearing was set for May 7, 2008, to determine whether defendant Daniel Adams II, ("Defendant") should be held in custody pending trial, on the grounds that Defendant is a flight risk. Assistant U.S. Attorney Tara K. McGrath appeared on behalf of the United States; attorney Ezekiel Cortez appeared on behalf of the Defendant.

At the hearing, Defendant stipulated to an order of detention, waiving the right to require the Government to prove that Defendant is a flight risk. The Court found that Defendant's waiver was competent, knowing and voluntary. Based on Defendant's waiver, a detention hearing was not held. Therefore,

IT IS HEREBY ORDERED that Defendant be detained pending trial in this matter.

IT IS FURTHER ORDERED that Defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the

extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel.

While in custody, upon order of a court of the United States or upon the request of an attorney for the United States, the person in charge of the correctional facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding or any other appearance stipulated to by defense and government counsel.

THIS ORDER IS ENTERED WITHOUT PREJUDICE.

IT IS SO ORDERED.

DATED: 5-8-08

Hon. Nita L. Stormes
United States Magistrate Judge

Prepared by:

s/ Tara K. McGrath
Tara K. McGrath
Assistant U.S. Attorney