# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

RECEIVED
WILLIAM T. WALSH, CLERK
2008 MAY 16  A 11: 08
UNITED STATES
DISTRICT COURT

W. Samuel Hamrick, Jr.
Clerk of Court

May 12, 2008

Clerk, U.S. District Court - New Jersey (Camden)
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

Re:    08mj1351-NLS, USA v. Adams

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| x | Docket Sheet | x | Warrant of Removal |
| x | Complaint | | Order of Removal |
| | Minute Order Appointing Counsel | x | Detention Order |
| | Corporate Surety Bond | x | Waiver of Removal |
| | Personal Surety Bond | | |
| | Other | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: s/J. Hinkle
    Deputy Clerk